PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Frank Santangelo                                    Cr.: 13-00485-001
                                                                                            PACTS #: 66885

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/08/2015

Original Offense:   Racketeering-Bribery Acceptance of Bribed, 18 U.S.C. § 1952(a)(3) & 18 U.S.C. § 2
                    Money Laundering – Fraud Other, 18 U.S.C. § 1956(A)(1)(b)(i)
                    Willful Failure to File Return, Supply Information – Failure to File a Tax Return –
                    Misdemeanor, 26 U.S.C. § 7203

Original Sentence: 63 months imprisonment, 3 years' supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, New Debt Restrictions, and a fine of $6,250.

Type of Supervision: Supervised Release                          Date Supervision Commenced: 03/22/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy financial obligations |
| 2 | The individual under supervision has violated the special condition which states **"you are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court."** |
|  | On November 30, 2021, our office conducted an Equifax credit inquiry and it revealed that Santangelo opened two (2) credit accounts without the approval of the U.S. Probation Office. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Santangelo did not comply with no new debt special condition. On November 30, 2021, our office conducted an Equifax credit inquiry and it revealed Santangelo opened two (2) credit accounts without the approval of the U.S. Probation Office.  It is noted the debt incurred was not egregious and totaled $548. He has complied with all other standard and special conditions.

Prob 12A – page 2
Frank Santangelo

Throughout his term of supervised release, Santangelo has paid $4,456.92 towards his fine. The individual under supervision's term of supervision is due to expire on March 21, 2022, with an outstanding fine balance of $1,793.08. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

We are requesting no formal Court action at this time and that Santangelo be allowed to complete supervision on March 21, 2022. The Probation Form 12A (Report on Offender under Supervision), will also serve as an official written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*           01/26/2022
KELLY A. MACIEL            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  **X No Further Court Action and Allow Supervision to Expire as Scheduled on March 21, 2022 (as recommended by the Probation Office)**

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐  Other

s/Stanley R. Chesler, U. S. D. J.
Signature of Judicial Officer

1/27/2022
Date